UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WARNER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>STATE OF NEW YORK; COUNTY OF ORANGE;<br>ORANGE COUNTY JAIL; JOE BROWN.,<br><br>                    Defendants. | 25 CIVIL 005085 (LTS)<br><br>**<u>CIVIL JUDGMENT</u>** |

For the reasons stated in the June 16 , 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    June 23, 2026
          New York, New York


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge